

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00059-CV

CHARLES GLEN HYDE, HYDE-WAY, INC.,
AND TEXAS AIR CLASSICS, APPELLANTS

V.

ROBERT "BOBBY" HAWK, APPELLEE

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 2013-20761-158, Honorable Steve Burgess, Presiding

August 7, 2014

## ORDER OF ABATEMENT

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

In January 2014, appellants Charles Glen Hyde, Hyde-Way, Inc., and Texas Air Classics filed notice of appeal of a final judgment in a suit brought by appellee Robert Hawk, concerning the terms of a runway-and-taxiway license and a deed restriction exemption. The appeal is pending before this Court.

On June 16, appellee Hawk filed a motion to abate or stay the appeal. Hawk's motion states that the parties signed, in February 2014, a Compromise & Settlement

Agreement addressing all issues in the case currently on appeal and a related case. The motion further recites that appellants withdrew their consent to the agreement in March and that in April Hawk filed in the trial court an action to enforce the agreement. We have requested, received and reviewed a supplemental clerk's record containing Hawk's pleadings in his enforcement action and a responsive pleading filed by one of the defendants. We have also reviewed appellants' response to Hawk's motion to abate, as well as Hawk's reply.

Under the circumstances presented, we conclude that the parties and this Court should not be required to expend resources on an appeal that may be rendered moot. *See Mantas v. Fifth Court of Appeals,* 925 S.W.2d 656, 659 (Tex. 1996) (orig. proceeding) (holding court of appeals abused its discretion in refusing to abate appeal pending resolution of suit to enforce settlement agreement). Accordingly, Hawk's motion is granted, and the appeal is abated until further order of the Court. *Id.*

On or before October 15, 2014, Hawk shall submit a report of the status of his suit to enforce the settlement agreement. If the enforcement suit is resolved before that date, Hawk shall promptly notify the Court.

It is so ordered.

Per Curiam